UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

BRITTANY R. THOMAS
ANDREW A. THOMAS

DEBTOR(S)

CHAPTER 13

CASE NO. 17-20527-tnw

### ORDER APPROVING DEBTOR, BRITTANY R. THOMAS' MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DEFENDANTS AT&T CORP AND DIRECTV, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

This case comes before the Court upon Debtor, Brittany R. Thomas's Motion to Approve Settlement Agreement with Defendants AT&T Corp and DIRECTV, LLC ("Defendants") Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"), and it appearing to the Court that resolution of this matter as set forth in the Parties' Agreement is in the best interest of the Debtor, the Bankruptcy Estate, its creditors, the parties herein, and other parties in interest, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** by the Court that the Motion is **GRANTED**, and that the settlement with the Defendants as set forth in the Agreement filed herein is approved it its entirety; and it is further

ORDERED, that, as more fully set forth in the Agreement, upon payment of the Settlement Sum to the Debtor, the Defendants are released, discharged and acquitted from any and all claims and causes of action by the Debtor and the Debtor's Bankruptcy Estate; and it is

further

ORDERED, that upon entry of this Order, the Adversary Proceeding shall be dismissed with prejudice.

Prepared by:

*/s/Matthew T. Sanning*
Matthew T. Sanning (KY #87035)
224 Main Street
Augusta, Kentucky 41002
Telephone No.: (606) 756-2066
E-mail: rnattsanning@gmail.com

and

Robert R. Sparks (KY #83685)
STRAUSS TROY CO., LPA
150 East Fourth Street 4th Floor
Cincinnati, Ohio 45202
Telephone No.: (513) 621-2120
Facsimile No.: (513) 241-8259
E-mail: rrsparks@strausstroy.com
*Counsel for Plaintiff, Brittany R. Thomas*

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, March 05, 2018**
(grs)